UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Scott Traudt

    v.                                                                 Civil No. 13-cv-234-PB

NH Attorney General, et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 9, 2013.  Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.

                                                            /s/ Paul Barbadoro
                                                            Paul Barbadoro
                                                            United States District Judge

Date: August 13, 2013

cc:  Scott Traudt, Pro Se